No. 245. BLOOMBAUM *v.* MARYLAND. Ct. App. Md. Certiorari denied. *Joseph S. Kaufman* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, and *Robert F. Sweeney,* Assistant Attorney General, for respondent.

No. 601. GOODYEAR TIRE & RUBBER CO. ET AL. *v.* COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. *Francis C. Browne* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, David L. Rose* and *Frederick B. Abramson* for respondent.

No. 617. BORST *v.* BRENNER, COMMISSIONER OF PATENTS. C. C. P. A. Certiorari denied. *Richard Whiting* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *Edward Berlin* for respondent.

No. 623. GEORGIA RAILROAD & BANKING CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Paul R. Russell* and *William J. Cooney* for petitioner. *Solicitor General Marshall* and *Acting Assistant Attorney General Roberts* for the United States.

No. 632. SCALZA *v.* UNITED STATES; and
No. 701. HYMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Richard Lipsitz* and *Eugene Gressman* for petitioner in No. 632. *Sidney O. Raphael* for petitioner in No. 701. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg, Kirby W. Patterson* and *Mervyn Hamburg* for the United States. Reported below: 350 F. 2d 171.